## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

George H. Kalberer,

       Plaintiff,

                                            Civ. No. 12-814 (RHK/JSM)
                                            **ORDER**

v.

Star Tribune and Teamsters Local 120,

       Defendants.

---

      This matter is before the Court *sua sponte*. Having reviewed the parties' recent submissions, the Court does not believe that oral argument would materially assist its resolution of any of the now-pending Motions. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the hearing currently scheduled for August 13, 2012, is **CANCELED**. The parties' Motions will be decided based on their written submissions.

Dated: August 2, 2012                                         s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                            United States District Judge